HERBERT S. SISSON, as State Commissioner of Excise of the State of New York, Appellant, v. LIQUORS SEIZED AT No. 158 NAVY STREET, BOROUGH OF BROOKLYN, KINGS COUNTY, NEW YORK CITY. VINCENZO GENEEDA, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concurred.

CHARLES J. SODERBERY, Respondent, v. LAURELTON LAND COMPANY, Appellant.— Judgment affirmed, with costs. We think that *Feldblum* v. *Laurelton Land Co.* (151 App. Div. 24; 210 N. Y. 594) is still authority for a situation such as proven here — that is, where the contemplated or represented improvements have been abandoned and not merely delayed, as was the situation in *Brede* v. *Rosedale Terrace Co.* (216 N. Y. 247). In other words, we think that the decision in the *Brede* case should not be regarded as having impaired the authority of the *Feldblum* case in that respect. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

BERTHA STEINBERG, Plaintiff, v. LIZZIE C. DOSCHER, Respondent, Impleaded with Others. THOMAS KOHLWEISS, Purchaser, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concurred.

GEORGE WASNER, Appellant, v. RICHARD J. MALONEY, Respondent.— Judgment reversed, with costs, and case remanded to the Trial Term for decision, with findings of fact and conclusions of law as required by section 1022 of the Code of Civil Procedure, upon the ground that the action was tried upon the merits, and there should have been a decision with findings of fact and conclusions of law made by the trial justice, as required by section 1022 of the Code, and that the memorandum filed by said court did not authorize the entry of any judgment whatever. Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concurred.

WILLIAM WERNER, Respondent, v. THE CITY OF NEW YORK and Another, Appellants.— Judgment modified by deducting from the total amount of damages recovered the sum of $181.30 principal, and the sum of $69.98 interest, making a total deduction of $249.28; and as so modified the judgment and the order are unanimously affirmed, with costs, upon the ground that it appears that certain deductions to the amount of $181.30 principal were clearly proven and by inadvertence not allowed by the learned trial justice in directing the verdict for the plaintiff. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

ALEXANDER WOLF, Appellant, v. MARY L. KEEFE, Respondent.— Order affirmed on argument, without costs. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

CHARLES F. WRIGHT, Respondent, v. BENJAMIN MARTIN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.